ACCEPTED
02-18-00139-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
5/24/2018 3:33 PM
DEBRA SPISAK
CLERK

## NO. 02-18-00139-CV

**IN THE COURT OF APPEALS
FOR THE SECOND DISTRICT OF TEXAS
AT FORT WORTH**

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

5/24/2018 3:33:56 PM

DEBRA SPISAK
Clerk

**JODY LONG,**

**Appellant,**

**v.**

**AERONAUTICAL INDUSTRIAL DISTRICT LODGE 776; PAUL BLACK, In His Official Capacity As President- Directing Business Representative of District Lodge 776; and EARNEST BOONE, In His Official Capacity As Secretary-Treasurer of District Lodge 776,**

**Appellees.**

**Appeal from the 342nd Judicial District Court, Tarrant County, Texas
Trial Court Cause No. 342-295833-17
The Honorable Dana Womack, Presiding**

**AGREED MOTION TO EXTEND DEADLINE
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellant Jody Long respectfully moves the Court to extend the time for filing Appellant's Brief by 30 days, to and including July 2, 2018. Appellees do not oppose this requested extension.

1.      The Appellant's Brief is currently due on May 31, 2018.

---

**Agreed Motion to Extend Deadline to File Appellant's Brief**                    **Page 1**

2. Appellant requests a 30 day extension of time to file Appellant's Brief, to and including July 2, 2018. *See* Tex. R. App. P. 4.1.(a).

3. Appellant is requesting this extension to allow the parties time to finalize a settlement agreement. A settlement has been reached in principle, and the parties are just working out the details of the settlement.

4. Appellant seeks this extension not solely for delay, but so that justice may be done.

5. As reflected in the Certificate of Conference below, Appellees are in agreement with the requested extension.

Respectfully submitted,


/s/ Lu Pham
Lu Pham
State Bar No. 15895430
lpham@dphllp.com
Jennifer Bley Sweeny
State Bar No. 24064910
jsweeny@dphllp.com
**DOWELL PHAM HARRISON, LLP**
505 Pecan Street, Suite 200
Fort Worth, Texas   76102
817-632-6300
817-632-6311 – fax

And

David E. Keltner
State Bar No. 11249500
david.keltner@kellyhart.com
Joe Greenhill
State Bar No. 24084523
joe.greenhill@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
817-332-2500
817-878-9280 - fax

**ATTORNEYS FOR APPELLANT**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Appellees, Rod Tanner, regarding the extension requested in this Motion. Mr. Tanner confirmed that Appellees agree to the relief requested in this Motion.

*/s/ Lu Pham*
Lu Pham

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2018, a copy of this Motion was served via e-filing on all counsel of record as follows:

Rod Tanner
rtanner@rodtannerlaw.com
Charles Hairston
chairston@rodtannerlaw.com
TANNER AND ASSOCIATES, PC
6300 Ridglea Place, Suite 407
Fort Worth, TX 76116-5706
*Attorneys for Appellees*

*/s/ Lu Pham*
Lu Pham